

IN THE CIRCUIT COURT OF LAFAYETTE COUNTY, ARKANSAS

JOSEPH TOWNSEND                                                                 PLAINTIFF
v.                    CASE NO.: 37CV-15-54-1

AUTOZONE STORES, INC.
AUTOZONE STORES, LLC,
AUTOZONE DEVELOPMENT, LLC,
AUTOZONE TEXAS, LLC,
AUTOZONERS, LLC, and
RANDY MAGNESS                                                                   DEFENDANTS

## ORDER

Plaintiff moves to dismiss his claim under the FLSA without prejudice. The FLSA claim is hereby dismissed without prejudice. The claims under the ACRA and AMWA are not dismissed.

IT IS SO ORDERED on this 28th day of March, 2016.

FILED
10:39 AM
APR 01 2016
VALARIE CLARK
CIRCUIT CLERK
LAFAYETTE COUNTY, AR

_____
The Honorable Carlton Jones
Lafayette County Circuit Judge

Prepared by:

/s/ Luther Oneal Sutter
Luther Oneal Sutter, AR Bar No. 95031
SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910  Office
501-315-1916  Facsimile
luthersutter.law@gmail.com
Attorney for the Plaintiff

Approved by:

/s/ Stuart Jackson
William Stuart Jackson (92189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
(501) 371-0808
Fax: (501) 376-9442
EM: wjackson@wlj.com
Attorney for Defendants