IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH TOWNSEND                                                                                PLAINTIFF

VS.                                        CASE NO. 16-CV-4036

AUTOZONE STORES, INC.,
AUTOZONE STORES, LLC,
AUTOZONE DEVELOPMENT, LLC,
AUTOZONE TEXAS, LLC,
AUTOZONERS, LLC, and
RANDY MAGNESS                                                                                 DEFENDANTS

## ORDER

Before the Court is Plaintiff's response to the Court's Order to Show Cause. (ECF No. 20). On April 21, 2016, Defendants filed a Motion to Dismiss. (ECF No. 14). On May 2, 2016, Plaintiff filed a Motion for Extension of Time to File Response (ECF No. 17), and the motion was granted. Plaintiff's new deadline to respond passed on May 16, 2016. On May 18, 2016, the Court ordered Plaintiff to show cause within three (3) days why the action against Defendants should not be dismissed for failure to prosecute. (ECF No. 19). In the response to the Show Cause Order, Plaintiff's counsel indicated that a serious illness prevented him from filing a timely response to the Motion to Dismiss.

Upon consideration, the Court finds that Plaintiff has shown good cause for his failure to file a timely response to the Motion to Dismiss. Accordingly, the Court finds that an extension of time is warranted. Plaintiff's response to the Motion to Dismiss is due on or before **July 20, 2016**. Defendants' Motion for Leave to File Reply (ECF No. 22) is **GRANTED**. Defendants' reply is due on or before **July 25, 2016**.

**IT IS SO ORDERED**, this 15th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge