IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH TOWNSEND                                                                                              PLAINTIFF

v.                                              Case No. 4:16-cv-04036

AUTOZONE STORES, INC., et al                                                                       DEFENDANTS

## ORDER

Before the Court is a Motion for Twelve Person Jury Demand (ECF No. 30) filed by Defendants AutoZone Development, LLC, AutoZone Stores, Inc., AutoZone Stores, LLC, AutoZone Texas, LLC, AutoZoners, LLC, and Randy Magness.  No party has filed a response to this motion, and the time for response has passed.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Accordingly, pursuant to Federal Rules of Civil Procedure 38 and 48, the trial of this matter will be before a twelve (12) person jury.

**IT IS SO ORDERED**, this 25th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge