IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH TOWNSEND                                                                                        PLAINTIFF

v.                                            Case No. 4:16-cv-04036

AUTOZONE STORES, INC., *et al*                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Stay Final Scheduling Order.  (ECF No. 41). Plaintiff requests that the Court stay the Final Scheduling Order deadlines until the Court rules on Plaintiff's Motion to Compel. (ECF No. 38).  Upon consideration, the Court finds that good cause for the motion has not been shown.  Accordingly, the Court finds that Plaintiff's motion should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 22nd day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge