IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH TOWNSEND                                                                                    PLAINTIFF

v.                                    Case No. 4:16-cv-04036

AUTOZONE STORES, INC.; and
RANDY MAGNESS                                                                                   DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Its Motion to Compel filed by Defendants AutoZone Stores, LLC, and Randy Magness. ECF No. 71. On June 9, 2017, Defendants filed a Motion to Compel. ECF No. 61. In response, Plaintiff Joseph Townsend filed a Motion to Extend Time to respond to Defendants' motion. ECF No. 63. In the instant motion, Defendants assert that the parties have resolved their issues and that Defendants' request for relief is now moot.

Upon consideration, the Court finds that Defendants' motion (ECF No. 71) should be and hereby is **GRANTED**. Accordingly, Defendants' Motion to Compel (ECF No. 61) is **WITHDRAWN**. As a result, Plaintiff's Motion to Extend Time (ECF No. 63) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 12th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge