IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH TOWNSEND                                                                                      PLAINTIFF

v.                                            Case No. 4:16-cv-4036

AUTOZONE STORES, LLC; and
RANDY MAGNESS                                                                                      DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants AutoZone Stores, LLC, ("AutoZone Stores") and Randy Magness ("Magness"). ECF No. 73. Plaintiff Joseph Townsend ("Townsend") has filed a response. ECF Nos. 83 and 86. Defendants have filed a reply. ECF No. 89. In addition, Defendants have filed a motion for relief pursuant to 28 U.S.C. § 1927. ECF No. 73. Townsend has responded to that motion (ECF Nos. 83 and 86), and Defendants have filed a reply. ECF No. 89. For the reasons set forth in the Memorandum Opinion of even date, Defendants' motion for summary judgment is **GRANTED**. Defendants' motion for attorneys' fees and costs under 28 U.S.C. § 1927 is **DENIED**.

**IT IS SO ORDERED**, this 12th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge